PER CURIAM.
Petitioner’s petition for a writ of certio-rari, which this Court treats as a petition to review nonfinal agency action pursuant to section 120.68(1), Florida Statutes (2003), is dismissed for lack of jurisdiction. See § 120.68(1), Fla. Stat. (2003); Eight Hundred, Inc. v. Fla. Dep’t of Revenue, 837 So.2d 574 (Fla. 1st DCA 2003); Holmes Reg’l Med. Ctr. v. Agency for Health Care Admin., 731 So.2d 51 (Fla. 1st DCA 1999).
DISMISSED.
ALLEN, PADOVANO and LEWIS, JJ., CONCUR.